# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158027(16)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

ROOSEVELT PETTIFORD,
　　　　　Defendant-Appellant.

_____/

SC: 158027
COA: 343181
Wayne CC: 06-000343-FC

　　　　On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for his reply is GRANTED. The 15-page reply submitted on July 16, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2019



Clerk